175 So. 326

## CHANDLER v. STATE.

### 8 Div. 396.

Court of Appeals of Alabama.

June 8, 1937.

492

Henry D. Jones, of Florence, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.

As is required by the statute, we have examined this entire record, and in it we find no questions of merit raised by any of the objections and exceptions to the introduction of evidence.

The evidence was in conflict; that for the state being sufficient to sustain the verdict.

Applying Supreme Court Rule 45, the judgment in this case is affirmed.

Affirmed.